1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>National Association of Realtors, RE/MAX Holdings, Inc., Anywhere Real Estate Inc., Keller Williams Realty, Inc., Compass, Inc., eXp World Holdings, Inc., Bay Area Real Estate Information Services, Inc., Marin Association of Realtors, North Bay Association of Realtors, Northern Solano County Association of Realtors, Inc., and Solano Association of Realtors, Inc.,<br><br>Defendants. | Case No. 4:23-CV-6352-HSG<br><br>APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE OF JASON ALLEN ZWEIG; ORDER (CIVIL LOCAL RULE 11-3) |

I, Jason Allen Zweig, an active member in good standing of the bars of New York (Bar # 2960326) and Illinois (Bar # 6320010), hereby respectfully apply for admission to practice *pro hac vice* in the Northern District of California representing defendant Bay Area Real Estate Information Services, Inc. in the above-entitled action. My local co-counsel in this case is Patrick Martin Ryan, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 203215.

| | |
|---|---|
| One South Wacker Dr., 36th Fl. | One Embarcadero Center, Suite 800 |
| Chicago, IL  60606 | San Francisco, CA  94111 |
| MY ADDRESS OF RECORD | LOCAL CO-COUNSEL ADDRESS OF RECORD |
| | |
| 415-291-4505 | 415-956-1900 |
| MY TELEPHONE # OF RECORD | LOCAL CO-COUNSEL TELEPHONE # OF RECORD |
| | |
| jzweig@bartkolaw.com | pryan@bartkolaw.com |
| MY EMAIL ADDRESS OF RECORD | LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD |

I am an active member in good standing of numerous United States District Courts and the highest courts of New York and Illinois.

A true and correct copy of a certificate of good standing or equivalent official document from said bars are attached to this application.

I have been granted pro hac vice by the Court zero times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated:  February 7, 2024                    /s/ Jason A. Zweig

UNITED SATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of <u>Jason Allen Zweig</u> is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____2/7/2024_____

_____

UNITED STATES DISTRICT JUDGE

UNITED SATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

3108.000/1963795.1

3

EXHIBIT A



Attorney Registration and Disciplinary Commission
of the
Supreme Court of Illinois
www.iardc.org

One Prudential Plaza
130 East Randolph Drive, Suite 1500
Chicago, IL 60601-6219
(312) 565-2600 (800) 826-8625
Fax (312) 565-2320

3161 West White Oaks Drive
Suite 301
Springfield, IL 62704
(217) 522-6838 (800) 252-8048
Fax (217) 522-2417

Chicago
1/24/2024

Re: Jason Allen Zweig
Attorney No. 6320010

To Whom It May Concern:

The records of the Clerk of the Supreme Court of Illinois and this office reflect that Jason Allen Zweig was admitted to practice law in Illinois on 10/6/2015; is currently registered on the master roll of attorneys entitled to practice law in this state; has never been disciplined and is in good standing.

Very truly yours,
Lea S. Gutierrez
Administrator

By: _____

Andrew Oliva
Registrar

# EXHIBIT B



*Appellate Division of the Supreme Court*
*of the State of New York*
*First Judicial Department*

———————

I, Susanna M. Rojas, Clerk of the Appellate Division of the Supreme Court of the State of New York, First Judicial Department, do hereby certify that

## Jason Allen Zweig

was duly licensed and admitted to practice as an Attorney and Counselor at Law in all the courts of this State on **March 1, 1999**, has duly taken and subscribed the oath of office prescribed by law, has been enrolled in the Roll of Attorneys and Counselors at Law on file in this office, is duly registered with the Office of Court Administration, and according to the records of this Court is currently in good standing as an Attorney and Counselor-at-Law.



In Witness Whereof, I have hereunto set my hand in the City of New York on January 25, 2024.

*Clerk of the Court*

CertID-00157084