JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>**JOINT MOTION TO STAY PROCEEDINGS AS TO KELLER WILLIAMS REALTY, INC. AND SET DEADLINE TO RESPOND TO FIRST AMENDED COMPLAINT PURSUANT TO CIVIL L.R. 16-2(d); ORDER**<br><br>Judge: Hon. Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br><br>Action Filed: December 8, 2023 |

Pursuant to Civil Local Rule 16-2(d), Plaintiff Christina Grace and Defendant Keller Williams Realty, Inc. ("Keller Williams"), by and through their attorneys ("Parties"), jointly move this Court to apply to Keller Williams the same deadlines that the Court in its January 23, 2024 Order (ECF No. 53) set for Defendants RE/MAX Holdings, Inc. ("RE/MAX") and Anywhere Real Estate Inc. ("Anywhere"), requiring Keller Williams to respond to Plaintiff's Amended Complaint no earlier than May 23, 2024. Like RE/MAX and Anywhere, Keller Williams has reached a proposed nationwide settlement in *Moehrl v. National Association of Realtors*, Case No. 1:19-cv-01610-ARW (N.D. Ill.) ("*Moehrl*"), and *Burnett v. National Association of Realtors*, Case No. 19-CV-00332-SRB (W.D. Mo.) ("*Burnett*"). Accordingly, good cause exists to grant this Joint Motion:

1. Defendant Keller Williams has reached agreements with plaintiffs in the *Moehrl* and *Burnett* actions to settle all claims asserted or that could be asserted against Keller Williams by a proposed nationwide class of home sellers;

2. A Motion for Preliminary Approval of Keller Williams' settlement in the *Burnett* and *Moehrl* actions was filed in the United States District Court for the Western District of Missouri on February 1, 2024 (ECF No. 1371), and was granted on the same day (ECF No. 1372);

3. The Preliminary Approval order temporarily enjoins members of the settlement class from prosecuting any actions against Keller Williams "based on any or all of the same factual predicates for the claims alleged in the Actions, including but not limited to commissions negotiated, offered, obtained, or paid to brokerages in connection with the sale of any residential home, pending completion of the notice and claims process … and this Court's ruling on a motion for final approval of the Settlements." ECF No. 1372 at ¶ 20.

4. This action is subject to a petition to the Judicial Panel on Multidistrict Litigation for transfer under 28 U.S.C. § 1407. The Panel meets next on March 28, 2024 to consider the petition.

5. The United States District Court for the Western District of Missouri has scheduled a hearing for May 9, 2024 for final approval of the proposed nationwide settlements in the *Burnett* and *Moehrl* cases with Keller Williams, RE/MAX, and Anywhere. ECF No. 1372 at ¶ 16.

6. The parties have met and conferred regarding the *Burnett* and *Moehrl* settlements and agree it would be appropriate to stay proceedings as to Keller Williams until May 23, 2024—

the date to which the Court on January 23, 2024 extended RE/MAX's and Anywhere's deadline to respond to Plaintiff's First Amended Complaint (ECF No. 53). At that point, the Parties and Court likely will know whether this case will be centralized with others in an MDL and, if so, where;

7. If this case is not transferred for pretrial proceedings under 28 U.S.C. § 1407 and the final approval of Keller Williams' settlement remains pending on May 23, 2024, Plaintiff will report such to the Court and make a recommendation regarding how to proceed; and

8. The Parties file this motion in good faith and not to needlessly delay this case. This motion does not seek to stay or otherwise delay any other deadlines in the Action. Plaintiff reserves the right to move to lift the stay as to Defendant Keller Williams for any reason based on good cause.

Pursuant to Civil Local Rule 7-1(b), the Parties submit that this motion may be determined without oral argument.

For the reasons set forth herein, the Parties respectfully request that the Court grant this motion and extend to May 23, 2024 the deadline for Keller Williams to respond to Plaintiffs' First Amended Complaint.

DATED: February 9, 2024

**PEARSON WARSHAW, LLP**

By: */s/ Jill M. Manning*
JILL M. MANNING

JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com

ERIC J. MONT (Bar No. 319592)
emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

DOUGLAS MILLEN (*Pro Hac Vice* Forthcoming)
dmillen@fklmlaw.com
ROBERT WOZNIAK (*Pro Hac Vice* Forthcoming)
rwozniak@fklmlaw.com
MATTHEW RUAN (Bar No. 264409)
mruan@fklmlaw.com
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone:  (224) 632-4500

*Attorneys for Plaintiff and the Proposed Class*

DATED:  February 9, 2024            **HOLLAND & KNIGHT LLP**

By:  _____*/s/ Andrew Klair*_____
         ANDREW KLAIR

JOHN KERN (SBN: 206001)
john.kern@hklaw.com
ANDREW KLAIR (SBN: 334960)
andrew.klair@hklaw.com
HOLLAND & KNIGHT LLP
560 Mission Street; Suite 1900
San Francisco, CA 94105
Telephone:  415-743-6918
Facsimile:  415-743-6910

Attorneys for Defendant KELLER WILLIAMS REALTY, INC.

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1 (h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

_____*/s/ Jill M. Manning*_____

**ORDER**

Good cause appearing, **IT IS SO ORDERED** that:

The Court sets May 23, 2024 as the deadline for Defendant Keller Williams Realty, Inc. to respond to the First Amended Complaint.

DATE: 2/9/2024

_____
HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111