JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br>v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**JOINT MOTION TO ADJOURN MARCH 24, 2024 CASE MANAGEMENT CONFERENCE, SET DEADLINES, AND MODIFY CASE MANAGEMENT SCHEDULE PURSUANT TO CIVIL L.R. 16-2(d); ORDER AS MODIFIED**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br><br>Action Filed: December 8, 2023 |

Pursuant to Civil Local Rule 16-2(d), Plaintiff Christina Grace and certain Defendants,[1] by and through their counsel, respectfully move this Court to adjourn the March 24, 2024 Case Management Conference, set deadlines and modify the case management schedule to account for the JPML proceedings ("Joint Motion"). The parties file this Joint Motion in good faith and not to needlessly delay this case, but to preserve judicial and party resources pending a decision by the JPML on the MDL Motion. Pursuant to Civil Local Rule 7-1(b), the Parties submit that this Joint Motion may be decided without oral argument.

Plaintiff initiated this case on December 8, 2023. ECF No. 1. The Court set a March 24, 2024, Case Management Conference which triggers case management deadlines. ECF No. 16. On December 27, 2023, plaintiffs in two actions pending before Judge Stephen Bough in the U.S. District Court for the Western District of Missouri filed a motion pursuant to 28 U.S.C. § 1407 (the "MDL Motion") to transfer and centralize this case, along with other cases filed across the country. *See In re Real Estate Commission Antitrust Litig*., MDL No. 3100 (ECF No. 1). On December 28, 2023, counsel for Plaintiff informed counsel for Defendant Keller Williams that she intended to file an amended complaint on or before January 12, 2024, and that no defendant was required to respond to the original complaint. On January 12, 2024, Plaintiff filed the First Amended Complaint ("FAC"). ECF No. 33. On January 26, 2024, the Original Defendants filed a motion to stay this case pending a decision on the MDL Motion. ECF No. 59.[2]

On February 5, 2024, the Clerk of the JPML Panel issued a minute order closing briefing on the MDL Motion. Although no hearing has yet been scheduled on the MDL Motion, the parties

---

[1] This motion is joined by all defendants except RE/MAX Holdings, Inc. ("RE/MAX"), Anywhere Real Estate Inc. ("Anywhere"), Keller Williams Realty, Inc. ("Keller Williams"), and Rapisarda & Fox, Inc. ("Rapisarda"). With respect to RE/MAX, Anywhere, and Keller Williams, the Court already has continued their deadlines to respond to the FAC. ECF Nos. 53, 103. With respect to Rapisarda, counsel has not yet appeared in this case but has indicated consent to the proposed schedule. *See* Declaration of Jill M. Manning in Support of Joint Motion to Adjourn March 24, 2024 Case Management Conference, Set Deadlines, and Modify Case Management Schedule Pursuant to Civil L.R. 16-2(D), ¶ 3.

[2] On February 8, 2024, the Original Defendants filed a notice withdrawing their motion to stay. *See* ECF No. 100.

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

anticipate that it will be heard at the next JPML hearing on March 28, 2024.[3]

Counsel for the undersigned parties have met and conferred and reached agreement on a compromise schedule to avoid the need for the Court to decide the motion to stay:

(1) March 21, 2024: Deadline for all Defendants (except Anywhere, RE/MAX and Keller Williams) to respond to the FAC;

(2) April 18, 2024: Deadline to file opposition to motion(s) to dismiss;

(3) May 9, 2024: Deadline to file reply/relies in support of motion(s) to dismiss; and

(4) May 23, 2024 at 2:00 p.m. – hearing on motion(s) to dismiss.

The parties further move the Court to modify the case management deadlines as follows:

(A) 14 days after the JPML ruling: deadline to meet and confer regarding initial disclosures, ADR, and a discovery plan;

(B) 28 days after the JPML ruling: deadline to file a Rule 26(f) report, complete initial disclosures, and file a Joint Case Management Statement; and

(C) Approximately 35 days after the JPML ruling: hold Initial Case Management Conference.

Accordingly, the parties respectfully request the Court grant this Joint Motion, adjourn the existing case management deadlines, and set the above deadlines and case management schedule.

DATED: February 12, 2024          **PEARSON WARSHAW, LLP**

By:  _/s/ Jill M. Manning_
     JILL M. MANNING

JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

---

[3] https://www.jpml.uscourts.gov/hearing-information

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

DOUGLAS MILLEN (*Pro Hac Vice* Forthcoming)
dmillen@fklmlaw.com
ROBERT WOZNIAK (*Pro Hac Vice* Forthcoming)
rwozniak@fklmlaw.com
MATTHEW RUAN (Bar No. 264409)
mruan@fklmlaw.com
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone:  (224) 632-4500

*Attorneys for Plaintiff and the Proposed Class*

/s/ *Patrick M. Ryan*
PATRICK M. RYAN
*pryan@bartkolaw.com*
JOHN F. MCLEAN
*jmclean@bartkolaw.com*
**BARTKO LLP**
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile: (415) 956-1152

JASON A. ZWEIG (*pro hac vice* pending)
*jzweig@bartkolaw.com*
BARTKO LLP
One South Wacker Drive, 36th Floor
Chicago, IL 60606
Telephone: (415) 291-4505

*Attorneys for Defendant BAREIS*

/s/ *David M. Goldstein*
DAVID M. GOLDSTEIN
**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (510) 813-1833
Fax: (415) 520-5678
dgoldstein@fbjgk.com

*Counsel for Defendants SOLANO ASSOCIATION OF REALTORS®, INC. and NORTHERN SOLANO COUNTY ASSOCIATION OF REALTORS®*

/s/ *Bonnie Lau*
BONNIE LAU (SBN 246188)
blau@mofo.com
DAVID E. GROTHOUSE (SBN 338805)
dgrothouse@mofo.com
**MORRISON & FOERSTER LLP**
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Attorneys for Defendants North Bay Association of REALTORS® and Marin Association of REALTORS®*

/s/ *Chahira Solh*
Chahira Solh (SBN: 248985)
CSolh@crowell.com
**CROWELL & MORING LLP**
3 Park Plaza, 20th Floor
Irvine, CA 92614
Telephone: 949.263.8400
Facsimile: 949.263.8414

*Attorneys for Defendant Compass, Inc.*

/s/ *Leo D. Caseria*
LEO DAVID CASERIA (SBN: 240323)
**SHEPPARD, MULLIN, RICHTER & HAMPTON LLP**
333 South Hope Street, 43rd Floor
Los Angeles, CA 90071-1422
Telephone: 213.620.1780
lcaseria@sheppardmullin.com

Helen C. Eckert (SBN 240531)
Four Embarcadero Center, 17th Floor
San Francisco, California 94111-4109
Telephone: 415.434.9100

heckert@sheppardmullin.com

*Attorneys for Defendant REALTY ONE GROUP, INC.*

/s/ Matthew J. Antonelli
MATTHEW J. ANTONELLI (SBN: 343144)
**SAUL EWING LLP**
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Telephone: 202-295-6608
Facsimile: 202-337-6065
matt.antonelli@saul.com

*Attorneys for Defendant eXp World Holdings, Inc.*

/s/ Joshua C. Stokes
Joshua C. Stokes
Carol M. Silberberg
**BERRY SILBERBERG STOKES PC**
11600 Washington Place, Suite 202C
Los Angeles, CA 90066
Telephone: (213) 986-2690
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Defendant Twin Oaks Real Estate, Inc.*

/s/ Christopher C. Wheeler
Christopher C. Wheeler
**FARELLA BRAUN + MARTEL LLP**
One Bush Street, Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
cwheeler@fbm.com

*Attorneys for Defendant Vanguard Properties, Inc.*

/s/ Matthew D. Segal
Matthew D. Segal
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: (916) 447-0700
Matthew.segal@stoel.com

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

/s/ Edward C. Duckers
Edward C. Duckers
**STOEL RIVES LLP**
Three Embarcadero Center, Suite 1120
San Francisco, CA, 94111
Telephone: (415) 617-8900
Edward.duckers@stoel.com

*Attorneys for Defendant Windermere Real Estate Services Company Inc.*

## ATTESTATION

Pursuant to Civil Local Rule 5-1 (h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

/s/ Jill M. Manning
Jill M. Manning

**ORDER AS MODIFIED**

Good cause appearing, **IT IS SO ORDERED** that the existing deadlines to respond to the First Amended Complaint are adjourned and reset as follows:

(1) March 21, 2024: Deadline for all Defendants (except Anywhere, RE/MAX and Keller Williams) to respond to the FAC;

(2) April 18, 2024: Deadline to file opposition to motion(s) to dismiss;

(3) May 9, 2024: Deadline to file reply/relies in support of motion(s) to dismiss; and

(4) May 23, 2024 at 2:00 p.m. – hearing on motion(s) to dismiss.

The Court further **VACATES** the March 12, 2024 case management conference and associated deadlines.  In the event that the case is not transferred, the Court will reset a further schedule.

DATE:  2/12/2024

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE