UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

CHRISTINA GRACE,

Plaintiff(s),

v.

BAY AREA REAL ESTATE INFORMATION SERVICES, INC. et al.,

Defendant(s).

Case No. 4:23-cv-06352-HSG

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, Christopher M. Loveland, an active member in good standing of the bar of the District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Defendant Realty One Group, Inc. in the above-entitled action. My local co-counsel in this case is Leo David Caseria, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 240323.

Sheppard Mullin Ritcher & Hampton LLP
2099 Pennsylvania Ave., NW, Suite 100
Washington, DC 20006
MY ADDRESS OF RECORD

202-747-1924
MY TELEPHONE # OF RECORD

cloveland@sheppardmullin.com
MY EMAIL ADDRESS OF RECORD

Sheppard Mullin Ritcher & Hampton LLP
333 S. Hope Street, 43rd Floor
Los Angeles, CA 90071
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

213-620-1780
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

lcaseria@sheppardmullin.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 473969.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: 2/8/2024

/s/ Christopher M. Loveland
APPLICANT

ORDER GRANTING APPLICATION
FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Christopher M. Loveland is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: 3/1/2024

Haywood S. Gilliam Jr.
UNITED STATES DISTRICT JUDGE



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals,
the District of Columbia Bar does hereby certify that

# Christopher M Loveland

was duly qualified and admitted on August 6, 2001 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, an Active member in good standing of this Bar.

*In Testimony Whereof,
I have hereunto subscribed my
name and affixed the seal of this
Court at the City of
Washington, D.C., on January 31, 2024.*

*JULIO A. CASTILLO
Clerk of the Court*

*Issued By:*

*David Chu - Director, Membership
District of Columbia Bar Membership*

*For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.*