UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Christina Grace                          ,

Plaintiff(s),

v.

Bay Area Real Estate Information Services,
Inc.; Marin Association of Realtors, et al.,
Defendant(s).

Case No. 4:23-cv-06352-HSG

**APPLICATION FOR ADMISSION
OF ATTORNEY PRO HAC VICE ;
ORDER**
(CIVIL LOCAL RULE 11-3)

I, James A. Morsch          , an active member in good standing of the bar of

Illinois                          , hereby respectfully apply for admission to practice pro hac

vice in the Northern District of California representing: eXp World Holdings, Inc.          in the

above-entitled action. My local co-counsel in this case is Matthew A. Antonelli          , an

attorney who is a member of the bar of this Court in good standing and who maintains an office

within the State of California.  Local co-counsel's bar number is: 343144          .

161 N. Clark St., Ste. 4200
Chicago, IL 60601
MY ADDRESS OF RECORD

312-876-7100
MY TELEPHONE # OF RECORD

jim.morsch@saul.com
MY EMAIL ADDRESS OF RECORD

1919 Pennsylvania Ave., SW, Ste. 550
Washington, DC 20006
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

202-295-6608
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

matt.antonelli@saul.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of

another State or the District of Columbia, as indicated above; my bar number is: 6209558          .

A true and correct copy of a certificate of good standing or equivalent official document

from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0          times in the 12 months

preceding this application.

United States District Court
Northern District of California

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: _1/24/24_ _____

                                                            APPLICANT

## ORDER GRANTING APPLICATION
## FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of _James A. Morsch_____ is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: _____3/1/2024_____



UNITED STA_____G_____

**DENIED**
Haywood S. Gilliam Jr.
Judge Haywood S. Gilliam Jr.

United States District Court
Northern District of California

# EXHIBIT 1

# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

James Andrew Morsch

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of January, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois