UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHRISTINA GRACE, <br>     Plaintiff(s), <br>     v. <br> eXP WORLD HOLDINGS, INC., et al., <br>     Defendant(s). | Case No. 4:23-cv-06352-HSG <br><br> **AMENDED APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE ; ORDER** <br> (CIVIL LOCAL RULE 11-3) |

    I, James A. Morsch, an active member in good standing of the bar of Illinois, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: eXP World Holdings, Inc. in the above-entitled action. My local co-counsel in this case is William Errol Adams, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 153330.

Saul Ewing LLP  
161 North Clark Street, Suite 4200  
Chicago, Illinois 60601  
MY ADDRESS OF RECORD

Saul Ewing LLP  
1888 Century Park East, Suite 1500  
Los Angeles, CA 90067  
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

(312) 876-7100  
MY TELEPHONE # OF RECORD

(310) 255-6100  
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

jim.morsch@saul.com  
MY EMAIL ADDRESS OF RECORD

william.adams@saul.com  
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

    I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 6209558.

    A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

    I have been granted pro hac vice admission by the Court __0__ times in the 12 months preceding this application.



I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: March 1, 2024                                      / s / James A. Morsch
                                                          APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of  James A. Morsch  is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated:      3 / 4 / 2 0 2 4

                                                          [signature: Haywood S. Gilliam Jr.]
                                                          UNITED STATES DISTRICT JUDGE



# Certificate of Admission
# To the Bar of Illinois

I, Cynthia A. Grant, Clerk of the Supreme Court of Illinois, do hereby certify that

James Andrew Morsch

has been duly licensed and admitted to practice as an Attorney and Counselor at Law within this State; has duly taken the required oath to support the CONSTITUTION OF THE UNITED STATES and of the STATE OF ILLINOIS, and also the oath of office prescribed by law, that said name was entered upon the Roll of Attorneys and Counselors in my office on 11/05/1992 and is in good standing, so far as the records of this office disclose.

IN WITNESS WHEREOF, I have hereunto subscribed my name and affixed the seal of said Court, this 24th day of January, 2024.

*Cynthia A. Grant*

Clerk,
Supreme Court of the State of Illinois