BONNIE LAU (SBN 246188)
blau@mofo.com
DAVID E. GROTHOUSE (SBN 338805)
dgrothouse@mofo.com
MORRISON & FOERSTER LLP
425 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

Attorneys for Defendants
NORTH BAY ASSOCIATION OF REALTORS AND
MARIN ASSOCIATION OF REALTORS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br><u>CLASS ACTION</u><br><br>**ORDER TO AMEND COURT'S ORDER DATED FEBRUARY 12, 2024 AND CONTINUE RESPONSE DEADLINES**<br><br>Judge: Haywood S. Gilliam, Jr. Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023 |

Before the Court is the Administration Motion To Amend Court's Order Dated February 12, 2024 and Continue Response Deadlines by Defendants Marin Association of REALTORS®, North Bay Association of REALTORS®, Northern Solano County Association of REALTORS®, Solano Association of REALTORS®, Inc., Vanguard Properties, Inc., Twin Oaks Real Estate, Inc., Windermere Real Estate Services Company, Inc., Realty One Group, Inc., Compass, Inc., and eXp World Holdings, Inc., and Rapisarda & Fox, Inc. (collectively, "Certain Defendants").  Plaintiff does not oppose the motion.

Having considered the motion, and good cause appearing, the Court hereby ORDERS that the current deadlines in the Court's Order dated February 12, 2024 (ECF No. 108) shall be continued by 30 days each, resulting in the following revised schedule.

- **April 22, 2024**: Deadline for Certain Defendants to respond to the Amended Complaint;
- **May 20, 2024**: Deadline to file oppositions to any Motions to Dismiss filed by Certain Defendants;
- **June 10, 2024**: Deadline for Certain Defendants to file replies/responses in support of any Motions to Dismiss.

DATE:   3/20/2024

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE