JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**STIPULATION EXTENDING TIME TO OPPOSE BAY AREA REAL ESTATE INFORMATION SERVICES, INC.'S MOTION TO DISMISS; ORDER**<br><br>**[CIVIL L.R. 6-2]**<br><br>Judge: Haywood S. Gilliam, Jr.  Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023<br>Trial Date: None set |

1 Pursuant to Civil Local Rule 6-2, Plaintiff Christina Grace, individually and on behalf of all others similarly situated ("Plaintiff"), and Defendant Bay Area Real Estate Information Services Inc. ("BAREIS"), by and through their undersigned counsel of record, hereby stipulate as follows:

WHEREAS, Plaintiff filed this putative class action lawsuit on December 8, 2023 (ECF No. 1);

WHEREAS, Plaintiff filed a first amended class action complaint on January 12, 2024 (ECF No. 33);

WHEREAS, BAREIS filed its motion to dismiss Plaintiff's First Amended Complaint ("FAC") on March 21, 2024 (ECF No. 127);

WHEREAS, Plaintiff's deadline to oppose BAREIS's motion to dismiss is due by April 18, 2024, with replies due by May 9, 2024 (ECF No. 108);

WHEREAS all Defendants (except BAREIS) subject to the case deadlines set forth in ECF No. 124 requested a forty-five (45) day extension of time to respond to the FAC set forth in ECF No. 108;

WHEREAS, Plaintiff filed an Administrative Motion to vacate and conform cases deadlines on April 5, 2024 (ECF No. 129);

WHEREAS, BAREIS opposed vacating the deadlines set in ECF No. 108;

WHEREAS, the Court denied Plaintiff's Administrative Motion to vacate and conform deadlines on April 9, 2024 (ECF No. 131);

WHEREAS, counsel for Plaintiff and BAREIS have conferred and agreed to extend Plaintiff's deadline to oppose BAREIS's motion to dismiss; and

WHEREAS, this stipulation does not impact or change any other deadlines in the litigation ad would have no effect on the case schedule.

NOW THEREFORE, the Parties hereby stipulate and agree as follows:

1. Plaintiff's deadline to oppose BAREIS's motion to dismiss is extended from April 18, 2024 to April 25, 2024.
2. BAREIS's reply to Plaintiff's opposition is unchanged and remains due on May 9, 2024.

STIPULATION EXTENDING TIME TO OPPOSE BAY AREA REAL ESTATE INFORMATION SERVICES, INC.'S MOTION TO DISMISS; ORDER

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

3. The hearing date for BAREIS's motion to dismiss remains unchanged on May 23, 2024 at 2:00 p.m. in Courtroom 2.

**IT IS SO STIPULATED.**

Dated: April 10, 2024            **PEARSON WARSHAW, LLP**

By:     */s/ Jill M. Manning*

JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

**FREED KANNER LONDON & MILLEN LLC**
DOUGLAS MILLEN (*Pro Hac Vice* Forthcoming)
dmillen@fklmlaw.com
ROBERT WOZNIAK (*Pro Hac Vice* Forthcoming)
rwozniak@fklmlaw.com
MATTHEW RUAN (Bar No. 264409)
mruan@fklmlaw.com
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone:  (224) 632-4500

*Attorneys for Plaintiff Christina Grace and the Proposed Class*

DATED: April 10, 2024  **BARTKO LLP**

By: */s/ Jason A. Zweig*

JASON A. ZWEIG (*Pro Hac Vice* Forthcoming)
jzweig@bartkolaw.com
**BARTKO LLLP**
One South Wacker Drive, 36th Floor
Chicago, Illinois 60606
Telephone: (415) 291-4505

*Attorneys for Defendant Bay Area Real Estate Services, Inc.*

## **ATTESTATION**

Pursuant to Civil Local Rule 5-1 (h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: April 10, 2024  */s/ Jill M. Manning*
 JILL M. MANNING

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

4   Case No. 4:23-cv-06352-HSG
STIPULATION EXTENDING TIME TO OPPOSE BAY AREA REAL ESTATE INFORMATION SERVICES, INC.'S MOTION TO DISMISS; ORDER

**ORDER**

Pursuant to the Parties' stipulation, **IT IS SO ORDERED** that:

1. Plaintiff's deadline to oppose BAREIS's motion to dismiss is extended from April 18, 2024 to April 25, 2024.
2. BAREIS's reply to Plaintiff's opposition is unchanged and remains due on May 9, 2024.
3. The hearing date for BAREIS's motion to dismiss remains unchanged on May 23, 2024 at 2:00 p.m. in Courtroom 2.

Date: 4/11/2024

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE