JILL M. MANNING (Bar No. 178849)
   jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
   dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
   bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
   nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
   emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

William E. Adams
Matthew J. Antonelli
Francis X. Riley (Pro Hac Vice)
James Morsch (Pro Hac Vice)
Jason W. McElroy (Pro Hac Vice)
SAUL EWING LLP
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6608
Fax: (202) 337-6065
william.adams@saul.com
matt.antonelli@saul.com
francis.riley@saul.com
jim.morsch@saul.com
jason.mcelroy@saul.com

*Attorneys for Defendant*
*eXp World Holdings, Inc*

(Additional Counsel for Defendants Listed on Signature Page)

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>     Plaintiff,<br><br>     v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>     Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**JOINT STIPULATION RE: CONTINUANCE OF RESPONSE DEADLINES; ORDER**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023 |

Plaintiff Christina Grace and Defendants Marin Association of REALTORS®, North Bay Association of REALTORS®, Northern Solano County Association of REALTORS®, Solano Association of REALTORS®, Inc., Vanguard Properties, Inc., Twin Oaks Real Estate, Inc., Windermere Real Estate Services Company, Inc., Rapisarda & Fox, Inc, Realty One Group, Inc., Compass, Inc., and eXp World Holdings, Inc. (collectively, "Certain Defendants," and together with Plaintiff, the "Stipulating Parties"), stipulate as follows:

**RECITALS**

**WHEREAS**, Plaintiff initiated this case on December 8, 2023 (ECF No. 1) (the "Lawsuit");

**WHEREAS**, Plaintiff filed an Amended Complaint ("FAC") on January 12, 2024 (ECF No. 33);

**WHEREAS**, the Court previously granted the Parties' Joint Motion to Modify the Case Management Schedule on February 12, 2024 (ECF No. 108);

**WHEREAS**, the Court previously continued the dates for RE/MAX, Anywhere, and Keller Williams to respond to the FAC in light of the preliminary approval of settlement agreements they entered into in litigation pending in the U.S. District Court for the Western District of Missouri (ECF Nos. 53, 103);

**WHEREAS**, Certain Defendants' (other than Defendant Bay Area Real Estate Information Systems, Inc. ("BAREIS")) current deadline to respond to the FAC is April 22, 2024 (ECF No. 124);

**WHEREAS**, on March 15, 2024, the National Association of Realtors entered into a Settlement Agreement in litigation pending in the U.S. District Court for the Western District of Missouri, which Certain Defendants believe may resolve and/or affect the rights of the Parties to the Lawsuit;

**WHEREAS**, on March 22, 2024, Compass, Inc., entered into a Settlement Agreement in two litigations pending in the U.S. District Court for the Western District of Missouri, which Compass believes may resolve and/or affect the rights of certain Parties to the Lawsuit;

**WHEREAS**, Plaintiff believes that the record is unclear regarding the effect, if any, of

settlements entered in different cases on the claims asserted in this case;

**WHEREAS**, on April 12, 2024, the Judicial Panel on Multidistrict Litigation issued an Order Denying Transfer of the Lawsuit to the Western District of Missouri (ECF No. 134);

**WHEREAS**, Certain Defendants, except for BAREIS, intend to file on or before April 30, 2024, a motion to stay this case until after final approval of the NAR, RE/MAX, Anywhere, Keller Williams, and Compass settlement agreements;

**WHEREAS**, Plaintiff intends to oppose efforts to stay this case; and

**WHEREAS**, the Stipulating Parties agree that it would be a waste of the Court's and the Parties' resources to file motions to dismiss related to the FAC until after the Court rules on Certain Defendants' Motion to Stay.

## STIPULATION

**NOW, THEREFORE**, in an effort to conserve judicial resources and have the Lawsuit proceed as efficiently as possible in light of the settlement agreements, the Stipulating Parties have agreed and hereby stipulate that the current deadlines for all Defendants other than BAEREIS to respond to the FAC shall be continued until thirty (30) days after the Court rules on Certain Defendants' forthcoming Motion to Stay.

IT IS SO STIPULATED.

DATED: April 18, 2024          **PEARSON WARSHAW, LLP**

  */s/ Jill M. Manning*
JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)

emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

DOUGLAS MILLEN (*Pro Hac Vice* Forthcoming)
dmillen@fklmlaw.com
ROBERT WOZNIAK (*Pro Hac Vice* Forthcoming)
rwozniak@fklmlaw.com
MATTHEW RUAN (Bar No. 264409)
mruan@fklmlaw.com
**FREED KANNER LONDON & MILLEN LLC**
100 Tri-State International, Suite 128
Lincolnshire, IL  60069
Telephone:  (224) 632-4500

*Attorneys for Plaintiff and the Proposed Class*

**FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP**

   /s/ *David M. Goldstein*
**DAVID M. GOLDSTEIN**
155 Montgomery Street, Suite 301
San Francisco, CA 94104
Telephone: (510) 813-1833
Fax: (415) 520-5678
dgoldstein@fbjgk.com

*Counsel for Defendants SOLANO ASSOCIATION OF REALTORS®, INC. and NORTHERN SOLANO COUNTY ASSOCIATION OF REALTORS®*

**MORRISON & FOERSTER LLP**

  /s/ *Bonnie Lau*
BONNIE LAU (SBN 246188)
blau@mofo.com
DAVID E. GROTHOUSE (SBN 338805)
dgrothouse@mofo.com
25 Market Street
San Francisco, California 94105-2482
Telephone: 415-268-7000
Facsimile: 415-268-7522

*Attorneys for Defendants North Bay Association of REALTORS® and Marin Association of REALTORS®*

3

JOINT STIPULATION RE: CONTINUANCE OF RESPONSE DEADLINES

| | |
|---|---|
| 1 | **CROWELL & MORING LLP** |
| 2 | _/s/ Chahira Solh_ |
| 3 | Chahira Solh (SBN: 248985)<br>CSolh@crowell.com |
| 4 | **CROWELL & MORING LLP**<br>3 Park Plaza, 20th Floor |
| 5 | Irvine, CA 92614<br>Telephone: 949.263.8400 |
| 6 | Facsimile: 949.263.8414 |
| 7 | _Attorneys for Defendant Compass, Inc._ |
| 8 | **SHEPPARD, MULLIN, RICHTER &** |
| 9 | **HAMPTON LLP** |
| 10 | _/s/ Leo D. Caseria_ |
| 11 | LEO DAVID CASERIA (SBN: 240323)<br>333 South Hope Street, 43rd Floor |
| 12 | Los Angeles, CA 90071-1422<br>Telephone: 213.620.1780<br>lcaseria@sheppardmullin.com |
| 13 | |
| 14 | Helen C. Eckert (SBN 240531)<br>Four Embarcadero Center, 17th Floor |
| 15 | San Francisco, California 94111-4109<br>Telephone: 415.434.9100<br>heckert@sheppardmullin.com |
| 16 | _Attorneys for Defendant REALTY ONE GROUP,_ |
| 17 | _INC. and RAPISARDA & FOX, INC._ |
| 18 | **SAUL EWING LLP** |
| 19 | _/s/ Matthew J. Antonelli_ |
| 20 | William E. Adams<br>Matthew J. Antonelli |
| 21 | Francis X. Riley (Pro Hac Vice)<br>James Morsch (Pro Hac Vice) |
| 22 | Jason W. McElroy (Pro Hac Vice)<br>1919 Pennsylvania Ave. NW, Suite 550 |
| 23 | Washington, DC 20006<br>Tel: (202) 295-6608 |
| 24 | Fax: (202) 337-6065<br>william.adams@saul.com |
| 25 | matt.antonelli@saul.com<br>francis.riley@saul.com |
| 26 | jim.morsch@saul.com |
| 27 | jason.mcelroy@saul.com |
| 28 | _Attorneys for Defendant eXp World Holdings, Inc._ |

4
JOINT STIPULATION RE: CONTINUANCE OF RESPONSE DEADLINES

**BERRY SILBERBERG STOKES PC**

 /s/ Joshua C. Stokes
Joshua C. Stokes
Carol M. Silberberg
11600 Washington Place, Suite 202C
Los Angeles, CA 90066
Telephone: (213) 986-2690
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

*Attorneys for Defendant Twin Oaks Real Estate, Inc.*

**FARELLA BRAUN + MARTEL LLP**

 /s/ Christopher C. Wheeler
    Christopher C. Wheeler

*Attorneys for Defendant*
*VANGUARD PROPERTIES, INC.*

**STOEL RIVES LLP**

    /s/ Edward C. Duckers
Edward C. Duckers (SBN 242113)
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: (415) 617-8902
ed.duckers@stoel.com

*Attorneys for Defendant Windermere Real Estate Services Company, Inc.*

**FILER'S ATTESTATION**

Pursuant to Local Rule 5-1(i)(3) of the Northern District of California, regarding signatures, I, Joshua C. Stokes, attest that concurrence in the filing of this document has been obtained.

Dated: April 18, 2024              /s/ Joshua C. Stokes
                                            Joshua C. Stokes

**CERTIFICATE OF SERVICE**

On April 18, 2024, I electronically filed the foregoing with the Clerk of the Court by using the CM/ECF system which will send a notice of electronic filing to all persons registered for ECF. All copies of documents required to be served by Fed. R. Civ. P. 5(a) and L.R. 5-1 have been so served.

Dated: April 18, 2024

                                    */s/ Joshua C. Stokes*
                                    Joshua C. Stokes

**ORDER**

Based on the stipulation of the Parties, and good cause appearing therefore, IT IS HEREBY ORDERED that the Stipulation is **DENIED**.

DATED: 4/23/2024

_____
Hon. [Haywood S. Gilliam Jr.]
United States [District Judge]

DENIED
Judge Haywood S. Gilliam Jr.