UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br>   v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**ORDER GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS AS TO COMPASS, INC., REALTY ONE GROUP, INC., AND RAPISARDA & FOX, INC.**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023 |

      Defendants Compass, Inc. ("Compass"), Realty ONE Group, Inc. ("Realty ONE"), and Rapisarda & Fox, Inc. ("Rapisarda") (Compass, Realty ONE, and Rapisarda, together, the "Defendants") filed an Unopposed Motion to Stay Proceedings as to Compass, Realty ONE, and Rapisarda on May 3, 2024.  As this is an unopposed motion, the Court has determined that it may be decided without oral argument pursuant to Civil L.R. 7-1(b).

      Good cause appearing, the unopposed motion is **GRANTED**, and the case is stayed as to Defendants Compass, Realty ONE, and Rapisarda pending a decision on final approval of the settlements in *Gibson v. National Association of Realtors*, Case No. 4:23-cv-00788 (W.D. Mo.), and *Umpa v. National Association of Realtors*, Case No. 4:23-cv-00945 (W.D. Mo.).  The parties will jointly provide an update to the Court within thirty (30) days following a decision on final approval of the settlements or by December 17, 2024, whichever date comes first.

      **IT IS SO ORDERED.**

DATED:  5/6/2024

      THE HONORABLE HAYWOOD S. GILLIAM, JR.