1  JILL M. MANNING (Bar No. 178849)
     jmanning@pwfirm.com
2  **PEARSON WARSHAW, LLP**
3  555 Montgomery St., Suite 1205
   San Francisco, California 94111
4  Telephone: (415) 433-9000

5  DANIEL L. WARSHAW (Bar No. 185365)
     dwarshaw@pwfirm.com
6  BOBBY POUYA (Bar No. 245527)
     bpouya@pwfirm.com
7  NAVEED ABAIE (Bar No. 323338)
     nabaie@pwfirm.com
8  ERIC J. MONT (Bar No. 319592)
     emont@pwfirm.com
9
10 **PEARSON WARSHAW, LLP**
   15165 Ventura Boulevard, Suite 400
11 Sherman Oaks, California 91403
   Telephone: (818) 788-8300
12
   Attorneys for Plaintiff and the Proposed Class
13
                 **UNITED STATES DISTRICT COURT**
14
               **NORTHERN DISTRICT OF CALIFORNIA**
15
                      **OAKLAND DIVISION**
16
   Christina Grace, Individually and on Behalf of          CASE NO. 4:23-cv-06352-HSG
17 All Others Similarly Situated,
                                                           <u>CLASS ACTION</u>
18              Plaintiff,
                                                           **STIPULATION SETTING BRIEFING
19        v.                                               SCHEDULE FOR DEFENDANT eXp
                                                           WORLD HOLDINGS, INC.'S MOTION
20 Bay Area Real Estate Information Services,              TO DISMISS PURSUANT TO RULE
   Inc.; Marin Association of Realtors; North Bay          12(b)(6); ORDER**
21 Association of Realtors; Northern Solano
   County Association of Realtors, Inc.; Solano            **[CIVIL L.R. 6-2]**
22 Association of Realtors, Inc.; RE/MAX
   Holdings, Inc.; Anywhere Real Estate Inc.;              Judge: Haywood S. Gilliam, Jr.
23 Vanguard Properties, Inc.; Twin Oaks Real               Courtroom: 2, Fourth Floor
   Estate Inc.; Windermere Real Estate Services
24 Company Inc.; Rapisarda & Fox, Inc.; Realty             Action Filed: December 8, 2023
   ONE Group, Inc.; Keller Williams Realty,
25 Inc.; Compass, Inc.; eXp World Holdings,                Trial Date: None Set
   Inc.; and DOES 1 through 50, inclusive,
26
27              Defendants.

28

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

Pursuant to Civil Local Rule 6-2, Plaintiff Christina Grace ("Plaintiff"), and Defendant eXp World Holdings, Inc. ("eXp"), by and through their undersigned counsel of record, hereby stipulate as follows:

## **RECITALS**

WHEREAS, on April 25, 2024, eXp filed a Motion to Dismiss Pursuant to Rule 12(b)(6) ("Motion") (ECF No. 141);

WHEREAS, eXp noticed the Motion for a hearing on June 14, 2024 (ECF No. 141);

WHEREAS, on May 7, 2024, eXp re-noticed the hearing on the Motion to July 25, 2024 (ECF No. 150);

WHEREAS, on May 7, 2024, the Clerk directed counsel to renotice the Motion (ECF No. 152);

WHEREAS, on May 7, 2024, eXp re-noticed the hearing on the Motion to August 1, 2024 (ECF No.  154);

WHEREAS, Plaintiff's current deadline to file an opposition to eXp's Motion is May 9, 2024, and eXp's deadline to file a reply is May 16, 2024 (ECF No. 141);

WHEREAS, counsel for Plaintiff and eXp have conferred and agreed to a briefing schedule for eXp's Motion; and

WHEREAS, this stipulation does not impact or change any other deadlines in the litigation and will have no effect on the case schedule.

## **STIPULATION**

NOW THEREFORE, Plaintiff and eXp hereby stipulate and agree as follows:

1.  Plaintiff's deadline to oppose eXp's Motion is extended from May 9, 2024 to June 27, 2024.

2.  eXp's deadline to file a reply is extended from May 16, 2024 to July 18, 2024.

3.  The hearing date remains unchanged on August 1, 2024 at 2:00 p.m. in Courtroom 2 (ECF No. 154).

///

///

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

Dated:  May 7, 2024

**PEARSON WARSHAW, LLP**

By: _____/s/ Jill M. Manning_____

JILL M. MANNING (CA Bar No. 178849)
PEARSON WARSHAW, LLP
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
jmanning@pwfirm.com

***Attorneys for Plaintiff Christina Grace and the Proposed Class***

DATED:  May 7, 2024

**SAUL EWING LLP**

By: _____/s/ Jason W. McElroy_____
Matthew A. Antonelli
William E. Adams
Francis X. Riley, III (*Pro Hac Vice*)
James Morsch (*Pro Hac Vice*)
Jason W. McElroy (*Pro Hac Vice*)
SAUL EWING LLP
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Tel:  (202) 295-6608
Fax:  (202) 337-6065
matt.antonelli@saul.com
william.adams@saul.com
francis.riley@saul.com
jim.morsch@saul.com
jason.mcelroy@saul.com

***Attorneys for Defendant eXp World Holdings, Inc.***

## ATTESTATION

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated:  May 7, 2024

_____/s/ Jill M. Manning_____
JILL M. MANNING

3

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

1

**ORDER**

Pursuant to the Parties' stipulation, **IT IS SO ORDERED** that:

     1.  Plaintiff's deadline to file an opposition to Defendant eXp World Holdings Inc.'s Motion to Dismiss Pursuant to Rule 12(b)(6) (ECF No. 141) is extended from May 9, 2024 to June 27, 2024.

     2.  Defendant eXp World Holdings Inc.'s deadline to file a reply is extended from May 16, 2024 to July 18, 2024.

     3.  The hearing date remains unchanged on August 1, 2024 at 2:00 p.m. in Courtroom 2.

Date:   5/7/2024

THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

Case No. 4:23-cv-06352-HSG

STIPULATION SETTING BRIEFING SCHEDULE FOR eXp WORLD HOLDINGS, INC.'S MOTION TO DISMISS; ORDER