JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

## UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

## OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>               Plaintiff,<br><br>     v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>               Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANT VANGUARD PROPERTIES, INC.'S AND TWIN OAKS REAL ESTATE INC.'S MOTION TO DISMISS AND JOINDER IN DEFENDANT eXp WORLD HOLDINGS INC.'S MOTION TO DISMISS; ORDER**<br><br>**[CIVIL L.R. 6-2]**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br><br>Action Filed: December 8, 2023<br><br>Trial Date: None Set |

Pursuant to Civil Local Rule 6-2, Plaintiff Christina Grace ("Plaintiff"), and Defendants Vanguard Properties, Inc. ("Vanguard") and Twin Oaks Real Estate, Inc. ("Twin Oaks") (together, "Stipulating Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

## RECITALS

WHEREAS, on April 24, 2024, Defendant eXp World Holdings, Inc. ("eXp") filed a Motion to Dismiss and noticed the hearing on June 13, 2024 (ECF No. 141);

WHEREAS, on April 26, 2024, Defendants Vanguard Properties, Inc. and Twin Oaks Real Estate, Inc. filed a Motion to Dismiss and Joinder in Defendant Exp World Holdings, Inc.'s Motion to Dismiss and noticed the hearing for June 13, 2024 (ECF No. 144) ("Motion");

WHEREAS, on April 29, 2024, the Clerk directed counsel to re-notice the hearing set for the Motion, vacated the June 13, 2024 hearing date, and stated that the briefing schedule remains in effect (ECF No. 147);

WHEREAS, on May 7, 2024, eXp World Holdings, Inc. re-noticed the hearing on its motion to dismiss (ECF No. 141) to August 1, 2024 (ECF No. 154);

WHEREAS, on May 7, 2024, Vanguard and Twin Oaks re-noticed the hearing on the Motion to August 1, 2024 (ECF No. 153);

WHEREAS, Plaintiff's current deadline to file an opposition to the Motion is May 9, 2024, and the deadline to file a reply is May 16, 2024 (ECF No. 144);

WHEREAS, counsel for the Stipulating Parties have conferred and agreed to a briefing schedule for the motions to dismiss;

WHEREAS, Plaintiff and eXp stipulated to the same briefing schedule, which the Court granted (ECF No. 157); and

WHEREAS, this stipulation does not impact or change any other deadlines in the litigation and will have no effect on the case schedule.

///

///

///

**STIPULATION**

NOW THEREFORE, the Stipulating Parties hereby stipulate and agree as follows:

1. Plaintiff's deadline to file an opposition to the Motion is extended from May 9, 2024 to June 27, 2024.

2. Vanguard's and Twin Oaks' deadline to file a reply is extended from May 16, 2024 to July 18, 2024.

3. The hearing date for the Motion remains unchanged on August 1, 2024 at 2:00 p.m. in Courtroom 2.

Dated: May 8, 2024     **PEARSON WARSHAW, LLP**

By:  */s/ Jill M. Manning*

Jill M. Manning (Bar No. 178849)
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000
jmanning@pwfirm.com

Attorneys for Plaintiff Christina Grace

Dated: May 8, 2024     **BERRY SILBERBERG STOKES PC**

By:  */s/   Joshua C. Stokes*

Joshua C. Stokes
Carol M. Silberberg
11600 Washington Place, Suite 202C
Los Angeles, CA 90066
Telephone: (213) 986-2690
jstokes@berrysilberberg.com
csilberberg@berrysilberberg.com

Attorneys for Defendant Twin Oaks Real Estate, Inc.

1 | Dated: May 8, 2024 **FARELLA BRAUN + MARTEL LLP**

By: _____*/s/ Christopher C. Wheeler*_____

Christopher C. Wheeler
One Bush Street Suite 900
San Francisco, CA 94104
Telephone: (415) 954-4400
cwheeler@fbm.com

Attorneys for Defendant Vanguard Properties, Inc.

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: May 8, 2024                                    _____*/s/ Jill M. Manning*_____
                                                                            JILL M. MANNING

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

1012804.1    4    Case No. 4:23-cv-06352-HSG
STIPULATION SETTING BRIEFING SCHEDULE FOR VANGUARD AND TWIN OAKS MOTION TO DISMISS; ORDER

**ORDER**

Pursuant to the Stipulating Parties' stipulation, **IT IS SO ORDERED** that:

1. Plaintiff's deadline to file an opposition to Defendants Vanguard Properties, Inc.'s and Twin Oaks Real Estate, Inc.'s Motion to Dismiss and Joinder in Defendant Exp World Holdings, Inc.'s Motion to Dismiss (ECF No. 144) is extended from May 9, 2024 to June 27, 2024.

2. Defendants Vanguard Properties, Inc.'s and Twin Oaks Real Estate, Inc.'s deadline to file a reply is extended from May 16, 2024 to July 18, 2024.

3. The hearing date remains unchanged on August 1, 2024 at 2:00 p.m. in Courtroom 2 (ECF No. 153).

Date:   5/8/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE