JILL M. MANNING (Bar No. 178849)
  jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>            Plaintiff,<br><br>       v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>            Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**STIPULATION SETTING BRIEFING SCHEDULE FOR DEFENDANTS MARIN ASSOCIATION OF REALTORS®, NORTH BAY ASSOCIATION OF REALTORS®, NORTHERN SOLANO ASSOCIATION OF REALTORS®, AND SOLANO ASSOCIATION OF REALTORS®, INC.'S MOTION TO DISMISS; ORDER**<br><br>**[CIVIL L.R. 6-2]**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br><br>Action Filed: December 8, 2023<br><br>Trial Date: None Set |

Case No. 4:23-cv-06352-HSG
STIPULATION SETTING BRIEFING SCHEDULE FOR REALTOR ASSOCIATOIN DEFENDANTS'
MOTION TO DISMISS; ORDER

Pursuant to Civil Local Rule 6-2, Plaintiff Christina Grace ("Plaintiff"), and Defendants Marin Association of REALTORS®, North Bay Association of REALTORS®, Northern Solano Association of REALTORS®, and Solano Association of REALTORS®, Inc. ("Realtor Association Defendants") (together, "Stipulating Parties"), by and through their undersigned counsel of record, hereby stipulate as follows:

## RECITALS

WHEREAS, on April 26, 2024, the Realtor Association Defendants filed a motion to dismiss on and noticed the hearing on June 13, 2024 (ECF No. 145) ("Motion to Dismiss");

WHEREAS, on April 29, 2024, the Clerk directed counsel to re-notice the Motion to Dismiss, vacated the June 13, 2024 hearing date, and stated that the briefing schedule remains in effect (ECF No. 147);

WHEREAS, on May 7, 2024, the Realtor Association Defendants re-noticed the hearing on their Motion to Dismiss to August 1, 2024 (ECF No. 155);

WHEREAS, Plaintiff's current deadline to file an opposition to the Motion to Dismiss is May 9, 2024, and the deadline to file a reply is May 16, 2024 (ECF No. 145);

WHEREAS, counsel for the Stipulating Parties have conferred and agreed to a briefing schedule for the Motion to Dismiss;

WHEREAS, Plaintiff and Defendant eXp World Holdings Inc. ("eXp") stipulated to the same briefing schedule for eXp's motion to dismiss, which the Court granted (ECF No. 157); and

WHEREAS, this stipulation does not impact or change any other deadlines in the litigation and will have no effect on the case schedule.

## STIPULATION

NOW THEREFORE, the Stipulating Parties hereby stipulate and agree as follows:

1. Plaintiff's deadline to oppose the Realtor Association Defendants' Motion to Dismiss is extended from May 9, 2024 to June 27, 2024.
2. The Realtor Association Defendants' deadline to file a reply is extended from May 16, 2024 to July 18, 2024.

3. The hearing date for the Motion to Dismiss remains unchanged on August 1, 2024 at 2:00 p.m. in Courtroom 2 (ECF No. 155).

| | |
|---|---|
| Dated: May 8, 2024 | **PEARSON WARSHAW, LLP** |
| | By: _/s/ Jill M. Manning_ |
| | Jill M. Manning (Bar No. 178849)<br>555 Montgomery St., Suite 1205<br>San Francisco, California 94111<br>Telephone: (415) 433-9000<br>jmanning@pwfirm.com |
| | Attorneys for Plaintiff Christina Grace |
| Dated: May 8, 2024 | **MORRISON & FOERSTER LLP** |
| | By: _/s/ Bonnie Lau_<br>BONNIE LAU (SBN 246188)<br>25 Market Street<br>San Francisco, California 94105-2482<br>Telephone: (415) 268-7000<br>Facsimile: (415) 268-7522<br>blau@mofo.com |
| | Attorneys for Defendants North Bay Association of REALTORS® and Marin Association of REALTORS® |
| Dated: May 8, 2024 | **FARMER BROWNSTEIN JAEGER GOLDSTEIN KLEIN & SIEGEL LLP** |
| | By: _/s/ David M. Goldstein_ |
| | David M. Goldstein<br>155 Montgomery Street, Suite 301<br>San Francisco, CA 94104<br>Telephone: (510) 813-1833<br>Facsimile: (415) 520-5678<br>dgoldstein@fbjgk.com |
| | Attorneys for Defendants Solano Association of REALTORS® Inc. and Northern Solano County Association of REALTORS® |

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: May 8, 2024                                             */s/ Jill M. Manning*
                                                                            JILL M. MANNING

**ORDER**

Pursuant to the Stipulating Parties' stipulation, **IT IS SO ORDERED** that:

1. Plaintiff's deadline to file an opposition to Marin Association of REALTORS®, North Bay Association of REALTORS®, Northern Solano Association of REALTORS®, and Solano Association of REALTORS®, Inc.'s Motion to Dismiss (ECF No. 145) is extended from May 9, 2024 to June 27, 2024.

2. Marin Association of REALTORS®, North Bay Association of REALTORS®, Northern Solano Association of REALTORS®, and Solano Association of REALTORS®, Inc.'s deadline to file a reply is extended from May 16, 2024 to July 18, 2024.

3. The hearing date remains unchanged on August 1, 2024 at 2:00 p.m. in Courtroom 2 (ECF No. 155).

Date:  5/8/2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE