JILL M. MANNING (Bar No. 178849)
 jmanning@pwfirm.com
**PEARSON WARSHAW, LLP**
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

DANIEL L. WARSHAW (Bar No. 185365)
 dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
 bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
 nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
 emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff and the Proposed Class

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 4:23-cv-06352-HSG |
| Plaintiff, | CLASS ACTION |
| v. | **STIPULATION AND ORDER EXTENDING DEADLINE TO FILE AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE** |
| Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive, | Judge: Haywood S. Gilliam, Jr. Courtroom: 2, Fourth Floor |
| | Action Filed: December 8, 2023 |
| Defendants. | |

Plaintiff Christina Grace, individually and on behalf of all others similarly situated ("Plaintiff") and Defendants Bay Area Real Estate Information Services Inc. ("BAREIS"), Windermere Real Estate Services Company Inc. ("Windermere"), and eXp World Holdings, Inc. ("eXp") (collectively, "Certain Defendants"), by and through their undersigned counsel of record, hereby stipulate as follows:

## RECITALS

1. WHEREAS, on May 29, 2024, the Court granted Defendant BAREIS's motion to dismiss with leave to amend (ECF No. 182);

2. WHEREAS, on May 29, 2024, the Court stayed proceedings as to Marin Association of REALTORS®, North Bay Association of REALTORS®, Northern Solano County Association of REALTORS®, Solano Association of REALTORS®, Inc, Twin Oaks Real Estate, Inc., and Vanguard Properties, Inc. until 30 days after the District Court for the Western District of Missouri's ruling on the final approval motion in the NAR action (ECF No. 182);

3. WHEREAS, the Court previously stayed proceedings as to Defendants Rapisarda & Fox, Inc., Realty ONE Group, Inc., and Compass, Inc. (ECF No. 149);

4. WHEREAS, Defendants RE/MAX Holdings, Inc., Keller Williams Realty, Inc., Anywhere Real Estate Inc. filed an unopposed motion to stay (ECF Nos. 171);

5. WHEREAS, there are presently three defendants against which Plaintiff's claims are proceeding: BAREIS, Windermere, and eXp;

6. WHEREAS, the deadline for BAREIS and Windermere to opt in to the NAR settlement is June 18, 2024 (Dkt. No. 182);

7. WHEREAS, Plaintiff's deadline to file an amended complaint is June 26, 2024 (ECF No. 182); and

8. WHEREAS, eXp's motion to dismiss Plaintiff's First Amended Complaint (ECF No. 141), which Defendant Windermere joined in (ECF No. 166), will be moot upon the filing of Plaintiff's amended complaint.

///

///

## STIPULATION

To promote efficiency and avoid wasting resources, counsel for Plaintiff and Certain Defendants hereby stipulate to the following:

1. The deadline for Plaintiff to file an amended complaint is extended three weeks, from June 26, 2024 to July 17, 2024.

2. Certain Defendants' deadline to answer or file motions to dismiss is August 23, 2024.

3. Plaintiff's deadline to oppose any motions to dismiss is September 20, 2024.

4. The deadline to file any replies is October 11, 2024.

Respectfully submitted,

Dated: June 7, 2024

**PEARSON WARSHAW, LLP**

By: _____/s/ Jill M. Manning_____

JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

*Attorneys for Plaintiff Christina Grace*

///
///
///
///
///
///
///
///

3108.000/2004109.1

3

STIPULATION AND ORDER EXTENDING DEADLINE TO FILE
AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE

| | | |
|---|---|---|
| 1 | DATED: June 7, 2024 | **BARTKO LLP** |

By: _____/s/ Jason A. Zweig_____

JASON A. ZWEIG (*admitted Pro Hac Vice*)
jzweig@bartkolaw.com
One South Wacker Drive, 36th Floor
Chicago, Illinois 60606
Telephone: (415) 291-4505

*Attorneys for Defendant Bay Area Real Estate Services, Inc.*

DATED: June 7, 2024                **STOEL RIVES, LLP**

By: _____/s/ Matthew D. Segal_____

MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700 Facsimile: 916.447.4781

EDWARD C. DUCKERS, Bar No. 242113
ed.duckers@stoel.com
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900
Facsimile: 415.617.8907

*Attorneys for Defendant Windermere Real Estate Services Company Inc.*

///
///
///
///
///

3108.000/2004109.1                                  4
STIPULATION AND ORDER EXTENDING DEADLINE TO FILE
AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

Dated: June 7, 2024

**SAUL EWING LLP**

By:     */s/ Jason W. McElroy*

Jason W. McElroy (Pro Hac Vice)
William E. Adams
Matthew J. Antonelli
Francis X. Riley (Pro Hac Vice)
James Morsch (Pro Hac Vice)
**SAUL EWING LLP**
1919 Pennsylvania Avenue, NW, Suite 550
Washington, D.C. 20006-3434
Telephone: 202-295-6608
Facsimile: 202-337-6065
jason.mcelroy@saul.com
william.adams@saul.com
matt.antonelli@saul.com
francis.riley@saul.com
jim.morsch@saul.com

*Attorneys for Defendant eXp World Holdings, Inc.*

### **ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

Dated: June 7, 2024                      */s/ Jill M. Manning*
                                                    JILL M. MANNING

**ORDER**

Pursuant to stipulation, **IT IS SO ORDERED:**

1. The deadline for Plaintiff to file an amended complaint is July 17, 2024.

2. The deadline for Defendants Bay Area Real Estate Information Services Inc., Windermere Real Estate Services Company Inc., and eXp World Holdings, Inc. to answer or file a motion to dismiss is August 23, 2024.

3. The deadline for Plaintiff to oppose motions to dismiss is September 20, 2024.

4. The deadline for Defendants to file replies is October 11, 2024.

DATE:  6/10/2024

HAYWOOD S. GILLIAM, JR.
UNITED STATES DISTRICT JUDGE

PEARSON WARSHAW, LLP
555 MONTGOMERY STREET, SUITE 1205
SAN FRANCISCO, CALIFORNIA 94111

3108.000/2004109.1

6

STIPULATION AND ORDER EXTENDING DEADLINE TO FILE
AMENDED COMPLAINT AND SETTING BRIEFING SCHEDULE