UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>Defendants. | Case No. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**ORDER AS MODIFIED GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS AS TO ANYWHERE REAL ESTATE INC., REMAX LLC, AND KELLER WILLIAMS REALTY, INC.**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023<br><br>Re: Dkt. No. 171 |

Defendant Anywhere Real Estate Inc. ("Anywhere"), RE/MAX LLC ("RE/MAX"), and Keller Williams Realty, Inc. ("Keller Williams") (together, "Settling Defendants"), filed a Motion to Stay Proceedings as to Anywhere, RE/MAX, Keller Williams on May 23, 2024.  Dkt. No. 171.  On June 11, 2024, Plaintiff Christina Grace filed a statement of non-opposition.  Dkt. No. 190.  The Court finds this matter appropriate for disposition without oral argument and the matter is deemed submitted.  *See* Civil L.R. 7-1(b).

Good cause appearing, the unopposed motion is **GRANTED**, Dkt. No. 171.[1]  The case is **STAYED** as to Settling Defendants Anywhere, RE/MAX, and Keller Williams pending the expiration of the time to appeal the Final Judgment, or the expiration of any appeals of the Final Approval of the nationwide Class Action Settlements and the accompanying Final Judgment in *Burnett v. National Association of Realtors*, Case No. 19-cv-00332 ECF No. 1487 (W.D. Mo.).  The parties will jointly provide an update to the Court within forty eighty (48) hours of either a final decision on appeal in *Burnett*, if any, or the expiration of the time to appeal the Final Judgment if no appeals are taken, or by December 17, 2024, whichever date comes first.

**IT IS SO ORDERED.**

DATED:  June 11, 2024

_____
THE HONORABLE HAYWOOD S. GILLIAM, JR.

---

[1] The Court discussed the relationship between the instant case and the nationwide National Association of Realtors settlement, as well as the rationale of staying cases subject to such nationwide settlement proceedings, in its prior order at Dkt. No. 182.

2

ORDER AS MODIFIED GRANTING UNOPPOSED MOTION TO STAY PROCEEDINGS AS TO ANYWHERE REAL ESTATE INC., REMAX LLC, AND KELLER WILLIAMS REALTY, INC.