PATRICK M. RYAN (SBN 203215)
  pryan@bartkolaw.com
JOHN F. McLEAN (SBN 55914)
  jmclean@bartkolaw.com
TYLER CUNNINGHAM (SBN 243694)
  tcunningham@bartkolaw.com
BARTKO LLP
One Embarcadero Center, Suite 800
San Francisco, California 94111
Telephone: (415) 956-1900
Facsimile:  (415) 956-1152

JASON A. ZWEIG (*pro hac vice*)
  jzweig@bartkolaw.com
BARTKO LLP
One South Wacker Drive, 36th Floor
Chicago, IL 60606
Telephone:     (415) 291-4505

Attorneys for Defendant BAY AREA REAL
ESTATE INFORMATION SERVICES, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA, OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>    Plaintiff,<br><br>  v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>    Defendants. | Case No. 4:23-cv-06352-HSG<br><br>**ORDER AS MODIFIED GRANTING BAY AREA REAL ESTATE INFORMATION SERVICES, INC.'S UNOPPOSED MOTION TO STAY PROCEEDINGS**<br><br>The Hon. Haywood S. Gilliam, Jr.<br>Crtrm. 2, Fourth Floor<br><br>Re: Dkt. No. 192 |

Defendant Bay Area Real Estate Information Services, Inc. ("BAREIS") filed an Unopposed Motion to Stay Proceedings as to BAREIS on June 20, 2024.

Previously, on May 29, 2024 (Dkt. 182), this Court ordered a stay of all further proceedings in this action against Certain Released Parties under the nationwide settlement agreement between the National Association of Realtors® and the nationwide plaintiff class regarding commissions paid by home sellers, pending a decision on final approval of the NAR Settlement.

Effective June 17, 2024, BAREIS has opted into the NAR nationwide settlement agreement and is, therefore, also now a Released Party under that agreement.

As this is an unopposed motion, the Court has determined that it may be decided without oral argument pursuant to Civil L.R. 7-1(b).

Good cause appearing, the Motion to Stay is hereby **GRANTED**, Dkt. No. 192.  The case is stayed in its entirety against BAREIS until 30 days after the United States District Court for the Western District of Missouri rules on the motion for final approval of the National Association of REALTORS® March 15, 2024 class action settlement in *Burnett, et al. v. The National Association of Realtors, et al.* (W.D. Missouri No. 19-cv-00332); *Moehrl, et al. v. The National Association of Realtors, et al.* (N.D. Ill. No. 19-cv-01610); *Umpa v. The National Association of Realtors, et al.* (W.D. Mo. No. 23-cv-945); and *Gibson v. The National Association of Realtors, et al.* (W.D. Mo. No. 23-cv-00788).  The parties are **DIRECTED** to jointly notify the Court within 48 hours of final approval and entry of judgment in the NAR action.

DATED:  6/21/2024

_____
HON. HAYWOOD S. GILLIAM, JR.