Matthew A. Antonelli
William E. Adams
Francis X. Riley, III (*Pro Hac Vice*)
James Morsch (*Pro Hac Vice*)
Jason W. McElroy (*Pro Hac Vice*)
SAUL EWING LLP
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Tel:  (202) 295-6608
Fax:  (202) 337-6065
matt.antonelli@saul.com
william.adams@saul.com
francis.riley@saul.com
jim.morsch@saul.com
jason.mcelroy@saul.com
***Attorneys for Defendant***
***eXp World Holdings, Inc.***

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
Oakland Division

| | |
|---|---|
| CHRISTINA GRACE, individually and on behalf of all others similarly situated, <br><br>     Plaintiff <br><br> v. <br><br> BAY AREA REAL ESTATE INFORMATION SERVICES, et al. <br><br>     Defendants | Case No. 4:23-cv-06352 <br><br> Defendant eXp World Holdings, Inc.'s Statement in Response to July 16, 2024 Order |

### Statement in Response to 7/16/24 Order

In response to the Court's July 16, 2024 Order (Dkt. No. 196), Defendant eXp World Holdings, Inc. agrees that its motion to dismiss (Dkt. No. 141) should be terminated without prejudice to refiling, if necessary, after the stay is lifted.

Dated:  July 23, 2024

-1-

52695281.1

-2-

1 | Respectfully submitted,          **SAUL EWING, LLP**

 _/s/ Jason W. McElroy_
Jason W. McElroy

52695281.1

**Certificate of Service**

I certify that, on July 23, 2024, I caused a copy of the foregoing Statement to be served on all parties and counsel of record via the Court's CM/ECF system.

**SAUL EWING, LLP**

_/s/ Jason W. McElroy_
Jason W. McElroy
