1  JILL M. MANNING (Bar No. 178849)
      jmanning@pwfirm.com
2  **PEARSON WARSHAW, LLP**
   555 Montgomery St., Suite 1205
3  San Francisco, California 94111
   Telephone: (415) 433-9000
4
5  DANIEL L. WARSHAW (Bar No. 185365)
      dwarshaw@pwfirm.com
   BOBBY POUYA (Bar No. 245527)
6     bpouya@pwfirm.com
   NAVEED ABAIE (Bar No. 323338)
7     nabaie@pwfirm.com
   ERIC J. MONT (Bar No. 319592)
8     emont@pwfirm.com
   **PEARSON WARSHAW, LLP**
9  15165 Ventura Boulevard, Suite 400
   Sherman Oaks, California 91403
10 Telephone: (818) 788-8300

11 Attorneys for Plaintiff Christina Grace

#

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated, | CASE NO. 4:23-cv-06352-HSG |
| Plaintiff, | <u>CLASS ACTION</u> |
| v. | **JOINT STATUS REPORT** |
| Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive, | Judge: Haywood S. Gilliam, Jr. Courtroom: 2, Fourth Floor |
| | Action Filed: December 8, 2023 |
| | Trial Date: None set |
| Defendants. | |

1020623.1

Case No. 4:23-cv-06352-HSG

JOINT STATUS REPORT

Pursuant to the Court's order (ECF No. 197), Plaintiff Christina Grace ("Plaintiff") and defendants eXp World Holdings, Inc. ("eXp") and Windermere Real Estate Services Company, Inc. ("Windermere") (together, "Parties") hereby provide the following status report.

On March 15, 2024, the National Association of REALTORS® ("NAR") entered into a $418 million nationwide class action settlement that resolves claims that MLS rules regarding broker commissions violate the antitrust laws ("NAR Settlement"). *See Burnett, et al. v. The National Association of Realtors, et al.*, No. 19-cv-00332 (W.D. Mo.) ("NAR Action"). ECF No. 138-1, Ex. 2. The NAR Settlement was preliminarily approved on April 23, 2024 (ECF No. 138-1, Ex. 1), and a final approval hearing is scheduled on November 26, 2024. ECF No. ECF No. 138-1, Ex. 1, ¶15.

**Windermere**: Windermere is alleged to be a brokerage that is reported in the T360 Real Estate Almanac to have residential sales volume exceeding $2 billion and, as such, may opt into the NAR Settlement. ECF No. 138, Ex. 2, ¶ 18(f). Windermere is currently engaged in settlement negotiations pursuant to the NAR Settlement. ECF No. 138, Ex. 2, Appendix C, Section B, Option 2. Given the possibility that Windermere will opt into the NAR settlement and be released from this case upon final approval of the NAR Settlement, Plaintiff and Windermere believe they would benefit from the Court continuing the stay so to avoid wasting party and judicial resources.

**eXp**: eXp is excluded from the NAR settlement. ECF No. 138 at 16:12-13. eXp is a defendant in the G*ibson v. National Association of Realtors*, Case No. 4:23-cv-00788-SRB (W.D. Mo.), a proposed nationwide class alleging similar violations of federal antitrust laws as alleged here. ECF No. 1 (Consolidated Amended Class Action Complaint). Given that eXp is a defendant in related litigation, Plaintiff and eXp believe they would benefit from the Court continuing the stay so as to avoid wasting party and judicial resources.

///
///
///
///
///

On July 18, 2024, the Court granted a stay of this action against Windermere and eXp for two months. ECF No. 197. For the foregoing reasons, the Parties respectfully request that the Court enter an order extending the stay until thirty (30) days after the District Court for the Western District of Missouri's ruling on the final approval motion in the NAR action, consistent with its Order staying the case as to other defendants. *See, e.g.*, ECF No. 182 at 8:18-27.

Respectfully submitted,

Dated:  September 17, 2024     **PEARSON WARSHAW, LLP**

*/s/ Jill M. Manning*
JILL M. MANNING (Bar No. 178849)
jmanning@pwfirm.com
555 Montgomery St., Suite 1205
San Francisco, California 94111
Telephone: (415) 433-9000

*Attorneys for Plaintiff Christina Grace*

Dated:  September 17, 2024     **SAUL EWING, LLP**

By:     */s/ Jason W. McElroy*

Jason W. McElroy (*Pro Hac Vice*)
jason.mcelroy@saul.com
**SAUL EWING, LLP**
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Tel: (202) 295-6608
Fax: (202) 337-6065

*Attorneys for Defendant eXp World Holdings, Inc.*

Dated: September 17, 2024

**STOEL RIVES, LLP**

By: _____/s/ Matthew D. Segal_____

MATTHEW D. SEGAL, Bar No. 190938
matthew.segal@stoel.com
500 Capitol Mall, Suite 1600
Sacramento, CA 95814
Telephone: 916.447.0700 Facsimile: 916.447.4781

EDWARD C. DUCKERS, Bar No. 242113
ed.duckers@stoel.com
1 Montgomery Street, Suite 3230
San Francisco, CA 94104
Telephone: 415.617.8900
Facsimile: 415.617.8907

*Attorneys for Defendant Windermere Real Estate Services Company Inc.*

**ATTESTATION OF ELECTRONIC SIGNATURE**

The undersigned ECF user whose identification and password are being used to file the foregoing document hereby attests that all signatories herein, and on whose behalf the filing is submitted, concur in the filing's content and have authorized the filing.

Date: September 17, 2024                            */s/ Jill M. Manning*
                                                                 Jill M. Manning

**[PROPOSED] ORDER**

Good cause appearing, **IT IS SO ORDERED** that the existing stay (ECF No. 197) as to defendants eXp World Holdings, Inc. and Windermere Real Estate Services Company is extended until thirty (30) days after the District Court for the Western District of Missouri's ruling on the final approval motion in the NAR action.

Date: _____    _____
The Honorable Haywood S. Gilliam, Jr.
United States District Judge