| | |
|---|---|
| CHAHIRA SOLH (Bar No. 248985)<br>　CSolh@crowell.com<br>**CROWELL & MORING LLP**<br>3 Park Plaza, 20th Floor<br>Irvine, CA 92614<br>Telephone: (949) 263-8400<br><br>Attorneys for Defendant Compass, Inc.<br><br>LEO DAVID CASERIA (Bar No. 240323)<br>**SHEPPARD, MULLIN, RICHTER &<br>　HAMPTON LLP**<br>　lcaseria@sheppardmullin.com<br>333 South Hope Street, 43rd Floor<br>Los Angeles, CA 90071-1422<br>Telephone: (213) 620-1780<br>Facsimile: (213) 620-1398<br><br>Attorneys for Defendants Realty ONE Group, Inc. and Rapisarda & Fox, Inc. | JILL M. MANNING (Bar No. 178849)<br>　jill@manning-lawfirm.com<br>**THE MANNING LAW FIRM**<br>50 California Street, Suite 1500<br>San Francisco, California 94111<br>Telephone: (415) 439-5393<br><br>DANIEL L. WARSHAW (Bar No. 185365)<br>　dwarshaw@pwfirm.com<br>BOBBY POUYA (Bar No. 245527)<br>　bpouya@pwfirm.com<br>NAVEED ABAIE (Bar No. 323338)<br>　nabaie@pwfirm.com<br>ERIC J. MONT (Bar No. 319592)<br>　emont@pwfirm.com<br>**PEARSON WARSHAW, LLP**<br>15165 Ventura Boulevard, Suite 400<br>Sherman Oaks, California 91403<br>Telephone: (818) 788-8300<br><br>Attorneys for Plaintiff Christina Grace |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| Christina Grace, Individually and on Behalf of All Others Similarly Situated,<br><br>　　　　　Plaintiff,<br>　　v.<br><br>Bay Area Real Estate Information Services, Inc.; Marin Association of Realtors; North Bay Association of Realtors; Northern Solano County Association of Realtors, Inc.; Solano Association of Realtors, Inc.; RE/MAX Holdings, Inc.; Anywhere Real Estate Inc.; Vanguard Properties, Inc.; Twin Oaks Real Estate Inc.; Windermere Real Estate Services Company Inc.; Rapisarda & Fox, Inc.; Realty ONE Group, Inc.; Keller Williams Realty, Inc.; Compass, Inc.; eXp World Holdings, Inc.; and DOES 1 through 50, inclusive,<br><br>　　　　　Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**UPDATED JOINT STATUS REPORT AS TO COMPASS, INC., REALTY ONE GROUP, INC. AND RAPISARDA & FOX, INC.**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023 |

Pursuant to this Court's December 3, 2024 Order (ECF No. 208), defendants Compass, Inc. ("Compass"), Realty ONE Group, Inc. ("Realty ONE") and Rapisarda & Fox, Inc. (collectively, "Settled Defendants"), and plaintiff Christina Grace ("Plaintiff" and, collectively with the Settled Defendants, the "Parties") respectfully update the Joint Status Report they filed on December 2, 2024 (ECF No. 207) regarding a decision on final approval of the settlements. On November 4, 2024, the Court in *Gibson v. The National Association of Realtors*, Case No. 4:23-cv-00788-SRB (W.D. Mo.) ("*Gibson*"), issued an Order that, among other things, granted final approval of the nationwide settlement agreements entered into by Compass and Realty ONE. (*Gibson*, ECF No. 530 ("Final Approval Order")).

The Final Approval Order provides, in pertinent part:

> Members of the Settlement Class, unless they excluded themselves from the Settlement Class, are hereby enjoined from filing, commencing, prosecuting, intervening in, or pursuing as a plaintiff or class member any Released Claims against any of the Released Parties, which include Settling Defendants' franchisees and affiliated brokerages, and agents affiliated with those franchisees or affiliated brokerages. Released Claims include claims that arise from or relate to conduct that was alleged or could have been alleged in the Actions based on any or all of the same factual predicates for the claims alleged in the Actions, including but not limited to commissions negotiated, offered, obtained, or paid to brokerages in connection with the sale of any residential home. For the avoidance of doubt, this injunction extends to claims arising from or relating to transactions where Settlement Class Members either sold or purchased a home on any multiple listing service nationwide, regardless of affiliation or association with NAR or not, and thus includes, *e.g.*, NWMLS, WPMLS, and REBNY/RLS.

Final Approval Order, ¶ 90 (internal citations omitted). Plaintiff did not exclude herself from the Settlement Class or object to the final approval of the Settled Defendants' settlements. ECF No. 182 at 7.

The *Gibson* court also directed that its Final Approval Order be a final judgment pursuant to Federal Rule of Civil Procedure 54(b). On December 3, 2024, Notices of Appeal to the U.S. Court of Appeals for the Eighth Circuit were filed by James Mullis (*Gibson*, ECF No. 561) and Robert Friedman (*Gibson*, ECF No. 563) regarding the Final Approval Order.

1  The Parties agree that it is appropriate and will serve the interests of justice to stay the
2  proceedings as to the Settled Defendants in this case until the resolution or exhaustion of the appeals
3  of the Final Approval Order.[1] The Parties respectfully request that the Court enter an order extending
4  the stay as to the Settled Defendants until thirty (30) days after the resolution or exhaustion of the
5  objectors' appeals from the Final Approval Order.

6                                          Respectfully Submitted,

7  DATED:  December 4, 2024

| THE MANNING LAW FIRM | CROWELL & MORING, LLP |
|---|---|
| /s/ *Jill M. Manning* | /s/ *Chahira Solh* |
| Jill M. Manning (Bar No. 178849) | Chahira Solh (Bar No. 248985) |
|   jill@manning-lawfirm.com |   CSolh@crowell.com |
| **THE MANNING LAW FIRM** | **CROWELL & MORING LLP** |
| 50 California Street, Suite 1500 | 3 Park Plaza, 20th Floor |
| San Francisco, CA 94111 | Irvine, CA 92614 |
| Telephone: (415) 439-5393 | Telephone: 949.263.8400 |
|  | Facsimile: 949.263.8414 |
| Daniel L. Warshaw (Bar No. 185365) |  |
|   dwarshaw@pwfirm.com | *Attorneys for Defendant Compass, Inc.* |
| Bobby Pouya (Bar No. 245527) |  |
|   bpouya@pwfirm.com | **SHEPPARD MULLIN RICHTER &** |
| Naveed Abaie (Bar No. 323338) |   **HAMPTON LLP** |
|   nabaie@pwfirm.com |  |
| Eric J. Mont (Bar No. 319592) | /s/ *Leo David Caseria* |
|   emont@pwfirm.com | Leo David Caseria (Bar No. 240323) |
| **PEARSON WARSHAW, LLP** | **SHEPPARD MULLIN RICHTER &** |
| 15165 Ventura Boulevard, Suite 400 |   **HAMPTON LLP** |
| Sherman Oaks, California 91403 | lcaseria@sheppardmullin.com |
| Telephone: (818) 788-8300 | 333 South Hope Street, 43rd Floor |
|  | Los Angeles, CA 90071-1422 |
| *Attorneys for Plaintiff* | Telephone: 213.620.1780 |
| *Christina Grace* | Facsimile: 213.620.1398 |
|  |  |
|  | *Attorneys for Defendants Realty ONE Group, Inc.* |
|  | *and Rapisarda & Fox, Inc.* |

---

[1] There are no current case deadlines for the Court to vacate at this time.

**ATTESTATION**

Pursuant to Civil Local Rule 5-1 (h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

                                    _/s/ Leo David Caseria_
                                    Leo David Caseria