DANIEL L. WARSHAW (Bar No. 185365)
  dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
  bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
  nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
  emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff Christina Grace

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| CHRISTINA GRACE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA REAL ESTATE INFORMATION SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br><u>CLASS ACTION</u><br><br>**JOINT STATUS REPORT**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor |

Plaintiff Christina Grace ("Plaintiff") and defendant Windermere Real Estate Services Company, Inc. ("Windermere") hereby provide the following status report pursuant to the Court's Order (ECF No. 222):

On March 15, 2024, the National Association of REALTORS® ("NAR") entered into a $418 million nationwide class action settlement that resolves claims that MLS rules regarding broker commissions violate the antitrust laws ("NAR Settlement"). *See Sitzer, et al. v. The National Association of Realtors, et al.*, No. 19-cv-00332 (W.D. Mo.) ("NAR Action"). NAR Action ECF No. 138-1, Ex. 2. The NAR Settlement was preliminarily approved on April 23, 2024 (*Id.*, ECF No. 138-1, Ex. 1), and a final approval hearing was scheduled on November 26, 2024. *Id.*, ECF No. 138-1, Ex. 1, ¶15. The final approval hearing was held, and final approval was granted on November 27, 2024. *Id.*, ECF No. 1622.

On July 18, 2024, the Court granted a stay of this action against Windermere and eXp World Holdings, Inc. for two months. ECF No. 197. Windermere requested a further stay of this action on September 17, 2024 in light of settlement negotiations pursuant to the NAR Settlement. ECF No. 204, at 2:11-17. On September 18, 2024, the Court granted a stay of this action against Windermere until December 17, 2024 and directed the filing of a joint status report "on that date or within 48 hours of final approval and entry of judgment in the NAR action." ECF No. 205. On December 10, 2024, Windermere requested a further stay of this action in light of continued settlement negotiations (ECF No. 213), and the Court held a hearing and ordered Windermere to file a status report within sixty (60) days. ECF No. 214.

On February 6, 2025, Plaintiff and Windermere filed a joint status report requesting that the Court enter an order extending the stay for an additional sixty (60) days. On February 18, 2025, a further case management conference was held between Plaintiff and Windermere, and the Court continued the stay an additional 60-days (April 19, 2025) as to Windermere. ECF No. 222.

The Parties respectfully submit that the Court should continue the stay as to Windermere and respectfully request that the Court order that the Parties shall file a joint status report within seven (7) days after the exhaustion of all appeals of the final approval order in *Sitzer*.

|   |   |   |
|---|---|---|
| | | Respectfully submitted, |
| DATED: April 16, 2025 | | **PEARSON WARSHAW LLP** |

By: _____/s/ Daniel L. Warshaw_____
          DANIEL L. WARSHAW

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
ERIC J. MONT (Bar No. 319592)
emont@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

*Attorneys for Plaintiff*

DATED: April 16, 2025    **STOEL RIVES LLP**

By: _____/s/ Edward C. Duckers_____

EDWARD C. DUCKERS (Bar No. 242113)
ed.duckers@stoel.com
**STOEL RIVES LLP**
1 Montgomery Street, Suite 3230
San Francisco, California 94104
Telephone: (415) 617-8900

MATTHEW D. SEGAL (Bar No. 190938)
matthew.segal@stoel.com
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 447-0700

*Attorneys for Windermere*

**ATTESTATION**

Pursuant to Civil Local Rule 5-1 (h)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

*/s/ Daniel L. Warshaw*