DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff Christina Grace

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTINA GRACE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA REAL ESTATE INFORMATION SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br><u>CLASS ACTION</u><br><br>**JOINT STATUS REPORT**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br><br>Action Filed: December 8, 2023 |

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

On April 10, 2026, plaintiff Christina Grace ("Plaintiff") and defendant eXp World Holdings, Inc. ("eXp") (collectively, "the Parties") jointly submitted a status report informing this Court that the court in *1925 Hooper LLC, et al. v. The National Association of Realtors*, et al., 1:23-cv-05392 (N.D. Ga.) ("*Hooper*") certified the settlement class and granted final approval of the settlement agreement (*see Hooper*, ECF No. 245), granted eXp's motion for joinder in plaintiffs' motion for final approval and dismissed the action with prejudice as to eXp (*see id.*), and entered a separate order granting final approval of the class action settlement agreements between plaintiffs and the settling defendants, including eXp (*see Hooper*, ECF No. 246). *See* ECF No. 239.

The Parties also informed this Court that they would submit an additional status report on May 11, 2026, advising it as to whether the final approval order in *Hooper* has been appealed or whether the settlements in that matter have become final. *See id*. The Parties now notify this Court that several parties in *Hooper* have filed notices of appeal with the United States Court of Appeals for the Eleventh Circuit.

On April 30, 2026, James Mullis appealed to the Eleventh Circuit from the *Hooper* court's order granting final approval of class-action settlements with eXp and Weichert of North America, Inc., among others, entered on March 31, 2026 (*see Hooper*, ECF Nos. 245, 246), and all other orders adverse in whole or in part to Mr. Mullis. *See Hooper*, ECF No. 248. On this very same day, Don Gibson, Jeremy Keel, and Daniel Umpa also appealed to the Eleventh Circuit the *Hooper* court's March 31, 2026 Order granting final approval of the class action settlements with eXp World Holdings, Inc. and Weichert of North America, Inc. (*see Hooper*, ECF No. 245), for which the District Court entered final judgment on March 31, 2026 (*see Hooper*, ECF No. 246), and from all other orders adverse to Don Gibson, Jeremy Keel, and Daniel Umpa. *See Hooper*, ECF No. 249.

Because certain parties in *Hooper* have now filed notices of appeal, the Parties respectfully request that this Court continues the stay as to eXp until the *Hooper* settlement agreement becomes effective.[1] The Parties will submit an additional status report on May 11, 2027 advising this Court

[1] The settlement agreement between eXp and the *Hooper* plaintiffs provides that the settlement agreement does not become effective until certain conditions are satisfied: "when: (a) the Court has

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

whether approval of the *Hooper* settlement agreement and final judgment have been affirmed in their entirety by the Eleventh Circuit.

Respectfully submitted,

DATED: May 8, 2026

**PEARSON WARSHAW, LLP**

By: */s/ Bobby Pouya*
BOBBY POUYA

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

***Attorneys for Plaintiff Christina Grace***

---

entered a final judgment order approving the Settlement set forth in this Settlement Agreement under Rule 23(e) of the Federal Rules of Civil Procedure **and** a final judgment dismissing the Action against eXp Holdings with prejudice has been entered; **and** (b) the time for appeal or to seek permission to appeal from the Court's approval of the Settlement and the entry of a final judgment has expired or, if appealed, approval of the Settlement and the final judgment have been affirmed in their entirety by the Court of last resort to which such appeal has been taken and such affirmance is no longer subject to further appeal or review…" *Hooper*, ECF No. 136-3 (emphasis added)

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

DATED: May 8, 2026

**SAUL EWING LLP**

By: /s/ *Jason W. McElroy*
Jason W. McElroy

WILLIAM E. ADAMS (Bar No. 153330)
william.adams@saul.com
FRANCIS X. RILEY, III (Pro Hac Vice)
francis.riley@saul.com
JASON W. MCELROY (Pro Hac Vice)
jason.mcelroy@saul.com
**SAUL EWING LLP**
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Telephone: (202) 295-6608

***Attorneys for Defendant eXp World Holdings, Inc.***

**ATTESTATION**

Pursuant to Civil Local Rule 5-1 (i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

*/s/ Bobby Pouya*

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403