DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

**Attorneys for Plaintiff Christina Grace**

**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTINA GRACE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA REAL ESTATE INFORMATION SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br><u>CLASS ACTION</u><br><br>**JOINT STATUS REPORT**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br>Action Filed: December 8, 2023 |



PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Plaintiff Christina Grace ("Plaintiff") and defendant eXp World Holdings, Inc. ("eXp") (collectively, "the Parties") jointly submit this status report pursuant to this Court's December 23, 2025 Order extending the stay in this action as to eXp for 120 days and directing the Parties to "file a joint status report 120 days from the date of this order and every 120 days thereafter until directed otherwise." *See* ECF No. 234.

In their most recent joint status report on May 8, 2026, the Parties advised this Court that certain parties in *1925 Hooper LLC, et al. v. The National Association of Realtors*, et al., 1:23-cv-05392 (N.D. Ga.) ("*Hooper*") had filed notices of appeal. *See* ECF No. 242. The Parties further requested that this Court continues the stay as to eXp until the *Hooper* settlement agreement becomes effective.[1] *Id.* The Parties also represented that they would file a further joint status report on May 11, 2027 advising this Court the Eleventh Circuit had affirmed in full the approval of the *Hooper* settlement agreement and the final judgment. *Id.*

Consistent with the Parties' prior status report, the Parties respectfully request that this Court enter an order (a) continuing the stay as to eXp until the *Hooper* settlement agreement becomes effective; and (b) resetting the deadline for the Parties' next joint status report to May 11, 2027, at which time the Parties will advise this Court whether the Eleventh Circuit has affirmed in full the approval of the *Hooper* settlement agreement and the final judgment.

/ / /

/ / /

/ / /

/ / /

/ / /

[1] The settlement agreement between eXp and the *Hooper* plaintiffs provides that the settlement agreement does not become effective until certain conditions are satisfied: "when: (a) the Court has entered a final judgment order approving the Settlement set forth in this Settlement Agreement under Rule 23(e) of the Federal Rules of Civil Procedure **and** a final judgment dismissing the Action against eXp Holdings with prejudice has been entered; **and** (b) the time for appeal or to seek permission to appeal from the Court's approval of the Settlement and the entry of a final judgment has expired or, if appealed, approval of the Settlement and the final judgment have been affirmed in their entirety by the Court of last resort to which such appeal has been taken and such affirmance is no longer subject to further appeal or review…" *Hooper*, ECF No. 136-3 (emphasis added)



PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Respectfully submitted,

DATED: August 4, 2026

**PEARSON WARSHAW, LLP**

By: /s/ Bobby Pouya
BOBBY POUYA

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

***Attorneys for Plaintiff Christina Grace***

DATED: August 4, 2026

**SAUL EWING LLP**

By: /s/ Jason W. McElroy
Jason W. McElroy

WILLIAM E. ADAMS (Bar No. 153330)
william.adams@saul.com
FRANCIS X. RILEY, III (Pro Hac Vice)
francis.riley@saul.com
JASON W. MCELROY (Pro Hac Vice)
jason.mcelroy@saul.com
**SAUL EWING LLP**
1919 Pennsylvania Ave. NW, Suite 550
Washington, DC 20006
Telephone: (202) 295-6608

***Attorneys for Defendant eXp World Holdings, Inc.***

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

**ATTESTATION**

Pursuant to Civil Local Rule 5-1(i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

*/s/ Bobby Pouya*