DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

Attorneys for Plaintiff Christina Grace



**UNITED STATES DISTRICT COURT**

**NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| CHRISTINA GRACE, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>BAY AREA REAL ESTATE INFORMATION SERVICES, INC., et al.,<br><br>Defendants. | CASE NO. 4:23-cv-06352-HSG<br><br>CLASS ACTION<br><br>**JOINT STATUS REPORT AS TO WINDERMERE REAL ESTATE SERVICES COMPANY, INC.**<br><br>Judge: Haywood S. Gilliam, Jr.<br>Courtroom: 2, Fourth Floor<br><br>Action Filed: December 8, 2023 |

Pursuant to ECF No. 241, Plaintiff Christina Grace ("Plaintiff") and Defendant Windermere Real Estate Services Company, Inc. ("Windermere") jointly submit this status report concerning the status of Plaintiff's claims against Windermere.

On April 20, 2026, the Court extended the stay as to Windermere through September 16, 2026, and directed the Parties to file a joint status report on that date. *See* ECF No. 241.

Windermere's resolution, if any, of the claims asserted against it in this action is tied to the related settlement proceedings in *Gibson et al. v. National Association of Realtors et al.*, Case No. 4:23-cv-00788-SRB (W.D. Mo.) ("*Gibson*"). *See* ECF Nos. 237–238.

On February 5, 2026, the United States District Court for the Western District of Missouri entered its Order Granting Final Approval of Settlements, ECF No. 866, in *Gibson* (the "*Gibson* Final Approval Order"). The *Gibson* Final Approval Order approved, among other settlements, the settlement resolving claims against Windermere.

The related *Sitzer-Burnett* litigation has proceeded on a separate but related appellate track. On August 19, 2026, the United States Court of Appeals for the Eighth Circuit issued its decision affirming the district court's Final Approval Order concerning the settlement in that action (the "*Burnett* Final Approval Order"). *See Burnett et al. v. National Association of Realtors, et al.*, No. 24-3444, 2026 WL 2421806 (8th Cir. Aug. 19, 2026). Although this decision did not decide the separate *Gibson* Final Approval Order, it represented a significant development in the related nationwide settlement proceedings and provided additional clarity concerning the approval of the settlement framework addressing claims concerning residential real estate broker commissions.

On September 1, 2026, the Eighth Circuit issued a separate decision concerning the *Gibson* settlements, affirming the *Gibson* Final Approval Order. *Gibson et al. v. National Association of Realtors et al.*, Nos. 24-3473, 24-3478, 24-3481, 24-3564, 2026 WL 2580277 (8th Cir. Sept. 1, 2026). In doing so, the Eighth Circuit incorporated by reference the facts and legal analysis set forth in its August 19, 2026 decision concerning the *Burnett* Final Approval Order.

The August 19 and September 1, 2026 Eighth Circuit decisions therefore provide substantial clarity concerning the approval of both the *Burnett* and *Gibson* settlements and the related nationwide settlement framework. In particular, the September 1 decision directly addresses the

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

*Gibson* settlements, including the settlement through which Windermere's claims are being resolved.

Notwithstanding the Eighth Circuit's August 19, 2026 affirmance of the *Burnett* Final Approval Order and its September 1, 2026 affirmance of the *Gibson* Final Approval Order, the appeals from those orders have not yet been fully exhausted. The applicable periods for seeking further appellate review, including panel rehearing, rehearing *en banc*, and review by the United States Supreme Court, as applicable, have not yet been fully completed.

Accordingly, the Parties believe that the appropriate course is to maintain the existing stay as to Windermere pending exhaustion of all appeals from the *Gibson* Final Approval Order. Maintaining the stay will avoid unnecessary proceedings concerning Windermere while the appellate process concerning the settlement in *Gibson*, upon which any resolution in this case depends, is completed.

The Parties therefore respectfully request that the Court continue the existing stay as to Windermere pending exhaustion of all appeals from the *Gibson* Final Approval Order.

The Parties will file a further joint status report within seven (7) days after exhaustion of all appeals from the *Gibson* Final Approval Order. At that time, the Parties will advise the Court of the final status of the *Gibson* settlement and the effect of its final resolution on Plaintiff's claims against Windermere in this action, and will propose an appropriate course for further proceedings, if any, concerning Windermere.

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

/ / /

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403

Respectfully submitted,

DATED: September 14, 2026

**PEARSON WARSHAW, LLP**

By: */s/ Bobby Pouya*
BOBBY POUYA

DANIEL L. WARSHAW (Bar No. 185365)
dwarshaw@pwfirm.com
BOBBY POUYA (Bar No. 245527)
bpouya@pwfirm.com
NAVEED ABAIE (Bar No. 323338)
nabaie@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300

***Attorneys for Plaintiff Christina Grace***

DATED: September 14, 2026

**STOEL RIVES LLP**

By: */s/ Matthew D. Segal*
Matthew D. Segal

EDWARD C. DUCKERS (Bar No. 242113)
ed.duckers@stoel.com
**STOEL RIVES LLP**
1 Montgomery Street, Suite 3230
San Francisco, California 94104
Telephone: (415) 617-8900

MATTHEW D. SEGAL (Bar No. 190938)
matthew.segal@stoel.com
**STOEL RIVES LLP**
500 Capitol Mall, Suite 1600
Sacramento, California 95814
Telephone: (916) 447-0700

***Attorneys for Defendant Windermere***

## ATTESTATION

Pursuant to Civil Local Rule 5-1 (i)(3), the filer of this document attests that concurrence in the filing of this document has been obtained from the other signatories above.

/s/ Bobby Pouya

PEARSON WARSHAW, LLP
15165 VENTURA BOULEVARD, SUITE 400
SHERMAN OAKS, CALIFORNIA 91403